CT

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Ft. Worth Division*

FILED
DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 DEC 31  AM 11: 49

CLERK OF COURT

David Lee James
_____
Plaintiff

v. J B Black AKA James Black/James, Individually,
John L. Loomis & Associates, PC, Laurenco, Individually,
1st Alliance Mortgage LLC DBA Alliance Funding LLC, Jill
Sgilagher, Kroll Factual Data Inc and Does 1-10
_____
Defendant

4 - 09 CV - 776 - Y
_____
Civil Action No.

## COMPLAINT

See
Attachment

| | |
|---|---|
| Date | 12-30-2009 |
| Signature | David Lee James |
| Print Name | David Lee James |
| Address | 6235 Meadowcrest Dr. A |
| City, State, Zip | Arlington Tx. 76002 |
| Telephone | 817-874-1438 |

**David L James**
**6735 Meadowcrest Dr.**
**Arlington, TX 76002**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAs(Fort Worth)

| | |
|---|---|
| DAVID LEE JAMES,<br><br>        Plaintiff,<br><br>    vs.<br><br>J B Black aka James Black/James B Black Individually, John L. Loomis & Associates, PC, Laurenzo, Individually, 1st Alliance Mortgage LLC DBA Alliance Funding LLC, Jill Gallagher, Kroll Factual Data Inc and Does 1-10.   Defendant | Case No.:<br><br>**FAIR CREDIT REPORTING ACT, TEXAS FINANCE CODE & TEXAS BUSINESS AND COMMERCE CODE COMPLAINT** |

Plaintiff David Lee James brings this action against all known and unknown defendants under the Fair Credit Reporting Act; Texas Finance Code; Texas Penal Code; Business and Commerce Code; The true names and capacities, whether individual, corporate, associate, or otherwise of defendants named herein as Does 1 through 10, inclusive, are unknown to plaintiff who therefore sues these defendants by such fictitious names.

Plaintiff will amend this Complaint to show the true names and capacities of these defendants when the same have been ascertained.

Plaintiff is informed and believes that each fictitiously named defendant is responsible in law and in fact for the obligations alleged herein.

1

Plaintiff is informed and believes and thereon alleges that at all relevant times each of the defendants was acting within the scope and course of his or her agency and employment and seeks damages to included but not limited to Punitive Damages, Injunctive Relief, Lifting of veil of Corporation; any and all damages afforded Plaintiff under Federal, Commerce, State and Local laws.

## BACKGROUND

On or about August 13, 2009 I entered into an agreement with an individual named J B Black aka James Black/James B Black. J B Black represented to me that he owned and operated a Credit Service Organization (CSO) named John L. Loomis, PC and that he had the knowledge and skills to get my credit scores above 700 and, if necessary, his company would file a lawsuit on my behalf and represent my interest. [See Exhibit A (CLEINT AUTHORIZATION FORM)].

J B Black told me that his services would cost me Two Thousand $2,000.00 (USD) Dollars. However, J B Black agreed to accept $1,000.00 dollars, 50% up front and the remaining payment when he successfully got my credit scores above 700. I paid J B Black the agreed amount $1,000.00 up front to commence services. See Exhibit B. (Copy Check#108 date 8/13/09) After J B Black confirmed receipt of the $1,000.00, J B Black subsequently faxed to me several documents including an 8 page document titled **"Kroll Factual Data BUREAU"**. [See Exhibit C.(Kroll Factual Data BUREAU)]. After reviewing this document I had received via fax from J B Black, I observed at page 7 of this document it was titled **"Notice To Home Loan Applicant"**. It also contained identifying information with respect to **"1ST ALLIANCE MORTGAGE, LLC-LAURENZO"**; **"Report ID: A4406BX00137074"**. It should be noted

2

that I have never applied for nor have I filled out any application for a mortgage or home loan with a company called 1st Alliance Mortgage! Also, I have never authorized said company to pull and/or review my personal credit information. Therefore, I do believe 1st Alliance Mortgage requested and obtained my credit report from Kroll Factual Data Inc without my consent or authorization.

I immediately phoned J B Black and left voice message regarding the faxed documents he forwarded to me. I got no response. After several minuets passed, I again made an attempt to reach J B Black but to no avail, I again got a voice response message. I have made repeated attempts to make contact with J B Black from August 14 – 19, 2009 again my efforts were fruitless.

On or about September 15, 2009 I received a written questionnaire from the Magistrate Judge of the United States District Court for the Northern District of Texas-Dallas. Alarmed and not knowing how to accurately respond to the Courts Questionnaire, I again made attempts to contact J B Black via telephone number 281-806-4476 but to no avail. I again left messages informing of my receipt of documents from the Court and for a return call and again my efforts bear no fruit. I then began to feel I had been duped and defrauded.

I, however, being undeterred by my unfortunate circumstances and in effort to see to it that no other consumer experience a similar faith, has thus far over spent over $10,000.00 dollars in cost to mitigate my losses and pursue my rights under the Fair Credit Reporting Act, Texas Administrative and Finance Code, 15 U.S.C. and other related laws statues and regulations.

This costly and tireless mitigating efforts has revealed that John L. Loomis & Associates, PC is in fact a Michigan corporation [See Exhibit D. (Franchise Tax Certification of

Account Status)] and is not registered to do business in the State of Texas and which defendant J B Black aka James Black or James B Black may have acquired and/or become affiliated with through illegal and/or suspect means. I have discovered that 1st Alliance Mortgage LLC/DBA Alliance Funding LLC is a Delaware corporation and is properly registered to do business in the State of Texas. [See Exhibit E. (Franchise Tax Certification of Account Status)] I have discovered that Kroll Factual Data, Inc is a Colorado corporation and is properly registered to do business in the State of Texas. [See Exhibit F. (Franchise Tax Certification of Account Status)]

Also, the agreement I entered into with J B Black took place in the State of Texas and in fact J B Black has at all times resided in the State of Texas(Houston).

## **PARTIES**

I. Plaintiff, David Lee James, Pro se is a "Consumer" as defined by FCRA 1681(a). A "Consumer" as defined by Texas Finance Code 393.001(1); a "consumer" as defined by the  Business and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

II.    Upon information and belief, Defendant J B BLACK AKA JAMES BLACK/JAMES B BLACK is a "person" as defined by FCRA 1681(a), a Credit services organization as defined by Texas Finance Code 393.001(3); a "consumer" as defined by the Business and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

III.    Upon information and belief, Defendant John L Loomis & Associates, PC is a "person" as defined by FCRA 1681(a),a Credit services organization as defined by Texas Finance Code 393.001(3); a "consumer" as defined by the  Business

and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

IV.    Upon information and belief, 1ST Alliance Mortgage LLC/DBA Alliance Funding LLC is both a "person" as defined by FCRA 1681(a), is a furnisher of information as contemplated by FCRA 1681s-2(a)(b); who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experience with any consumer; a reseller as defined by FCRA 1681a(u) a "consumer" as defined by the Business and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

V.    Upon information and belief, Defendant, Kroll Factual Data Inc is a "person" as defined by FCRA 1681(a); a reseller as defined by FCRA 1681a(u) and is a furnisher of information as contemplated by FCRA 1681s-2(a)(b);

VI.    Upon information and belief, Defendant, Jill Gallagher, is a "person" as defined by FCRA 1681(a) a reseller as defined by FCRA 1681a(u) and is a furnisher of information as contemplated by FCRA 1681s-2(a)(b); who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experience with any consumer. a "consumer" as defined by the  Business and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

VII.    Upon information and belief, Laurenzo is a "person" as defined by FCRA 1681(a);a Credit services organization as defined by Texas Finance Code 393.001(3); a "consumer" as defined by the  Business and Commerce Code Chapter 17, Subchapter E Section 1745.(3)(4)

5

VIII.   Plaintiff avers/contends and hereon alleges that the agreement upon which this action is based was made on or about August 13, 2009 and was to be performed by J B Black of John L Loomis & Associates, PC. Plaintiff relied on the false and misleading representation by J B Black that he or his company was License and Bonded Credit Service Organization and that they would be able to repair my credit and increase my credit score above 700.

IX.   However, on or about September 2009 and much to my chagrin, I became aware of the deception, fraud and breach of agreement by defendant J B Black and John L. Loomis & Associates, PC. Plaintiff believes his cause of actions are based on the following:

1. Defendant J B Black was at no time during the contractual agreement with Plaintiff a registered credit services organization as required by Texas Finance Code 393.101

2. Defendant John L. Loomis & Associates, PC was at no time during the contractual agreement with Plaintiff a registered credit services organization as required by Texas Finance Code 393.101.

3. Defendant J B Black never provided Plaintiff with the required documents per Texas Finance Code 393.105; before executing the contract with Plaintiff nor after receiving valuable consideration from Plaintiff.

4. Defendant Laurenzo was at no time during the contractual agreement with Plaintiff a registered credit services organization as required by Texas Finance Code 393.101

5. Defendant Laurenzo never provided Plaintiff with the required documents per Texas Finance Code 393.105; before executing the contract with Plaintiff nor after receiving valuable consideration from Plaintiff.

6. Defendant J B Black made and used false and misleading representation to Plaintiff about his persons, company, and qualification in the sale of his services in violation Texas Finance Code 393.304; and engaged in fraudulent and deceptive act, practices or course of business in violation of Texas Finance Code 393.305 as evident by the notification from the Magistrate Judge for the Northern District of Texas-Dallas that his Fair Credit Reporting Act "FCRA"/Fair Debt Collections Practices Act "FDCPA" Complaint was erroneously filed in the wrong venue.

7. On or about Aug 13, 2009 Defendant J B Black willfully and negligently obtain Plaintiff's credit report without Plaintiff's permission in violation of FCRA 604 and Sections 1681b (a)(3)(F)as evident by the Kroll Factual Data Report dated 8/13/09.

8. On or about Aug 13, 2009 Defendant Kroll Factual Data willfully and negligently obtain Plaintiff's credit report without Plaintiff's permission in violation of FCRA 604 and Sections 1681b (a)(3)(F)as evident by the Kroll Factual Data **"Report ID: A4406BX00137074"** dated 8/13/09.

9. On or about Aug 13, 2009 Defendant 1st Alliance Mortgage LLC willfully and negligently obtain Plaintiff's credit report without Plaintiff's permission in violation of FCRA 604 and Sections 1681b (a)(3)(F)as evident by the Kroll Factual Data **"Report ID: A4406BX00137074"** dated 8/13/09.

10. On or about Aug 13, 2009 Defendant Alliance Funding LLC willfully and negligently obtain Plaintiff's credit report without Plaintiff's permission in violation of FCRA 604 and Sections 1681b (a)(3)(F)as evident by the Kroll Factual Data **"Report ID: A4406BX00137074"** dated 8/13/09.

11. On or about Aug 13, 2009 Defendant Laurenzo willfully and negligently obtain Plaintiff's credit report without

Plaintiff's permission in violation of FCRA 604 and Sections 1681b (a)(3)(F) by the Kroll Factual Data **"Report ID: A4406BX00137074"** dated 8/13/09.

12.    On or about August 13, 2009 Defendant J B Black engage in False, Misleading, or deceptive acts or practices by (a.) causing confusion or misunderstanding as to the source, sponsorship, approval, or certification of his services (b.) causing confusion or misunderstanding as to affiliation, connection, association, or certification by another; (c.) use deceptive representation of designation of geographic origin of services; (d.) represented that his services have characteristic, ingredients, uses and benefits it does not and that he has approval, status, affiliation, and connection which he does not; (e.) represented that his services was of a particular standard, quality, when they were not; (f.) represented that agreement confers, involves rights, remedies, or obligations which is does not have or which is prohibited by law; (g.) failed to disclose information concerning services which was known at the time of transaction which if Plaintiff had known, would not have entered had the information been disclosed to Plaintiff; (h.) representing that services as evidence by Defendant J B Black's filing a claim on Plaintiff's behalf in the wrong venue/ District Court, et,. all in violation of Texas Business and Commerce Code Chapter 17; Subchapter E, section 17.46 (b)(d)(2),(3),(4),(5),(7),(12), and (25).

13.    On or about August 13, 2009 Defendant John L. Loomis & Associates, PC engage in False, Misleading, or deceptive acts or practices by (a.) causing confusion or misunderstanding as to the source, sponsorship, approval, or certification of his services (b.) causing confusion or misunderstanding as to affiliation, connection, association, or certification by another; (c.) use deceptive representation of designation of geographic origin of services; (d.) represented that his

services have characteristic, ingredients, uses and benefits
it does not and that he has approval, status, affiliation,
and connection which he does not; (e.) represented that his
services was of a particular standard, quality, when they
were not; (f.) represented that agreement confers, involves
rights, remedies, or obligations which is does not have or
which is prohibited by law; (g.) failed to disclose
information concerning services which was known at the time
of transaction which if Plaintiff had known, would not have
entered had the information been disclosed to Plaintiff; (h.)
representing that services as evidence by Defendant J B
Black's filing a claim on Plaintiff's behalf in the wrong
venue/ District Court, et,. all in violation of Texas
Business and Commerce Code Chapter 17; Subchapter E, section
17.46 (b)(d)(2),(3),(4),(5),(7),(12), and (25).

14.    On or about August 13, 2009 Defendant Laurenzo engage in
False, Misleading, or deceptive acts or practices by (a.)
causing confusion or misunderstanding as to the source,
sponsorship, approval, or certification of his services (b.)
causing confusion or misunderstanding as to affiliation,
connection, association, or certification by another; (c.)
use deceptive representation of designation of geographic
origin of services; (d.) represented that his services have
characteristic, ingredients, uses and benefits it does not
and that he has approval, status, affiliation, and connection
which he does not; (e.) represented that his services was of
a particular standard, quality, when they were not; (f.)
represented that agreement confers, involves rights,
remedies, or obligations which is does not have or which is
prohibited by law; (g.) failed to disclose information
concerning services which was known at the time of
transaction which if Plaintiff had known, would not have
entered had the information been disclosed to Plaintiff; (h.)
representing that services as evidence by Defendant J B

Black's filing a claim on Plaintiff's behalf in the wrong
venue/ District Court, et,. all in violation of Texas
Business and Commerce Code Chapter 17; Subchapter E, section
17.46 (b)(d)(2),(3),(4),(5),(7),(12), and (25).

15.  On or about Aug 13, 2009 Defendant Jill Gallagher willfully
and negligently obtain Plaintiff's credit report without
Plaintiff's permission in violation of FCRA 604 and Sections
1681b (a)(3)(F)as evident by the Kroll Factual Data **"Report
ID: A4406BX00137074"** dated 8/13/09.

16.   On or about August 13, 2009 Defendant Jill Gallagher
engage in False, Misleading, or deceptive acts or practices
by (a.) causing confusion or misunderstanding as to the
source, sponsorship, approval, or certification of services
(b.) causing confusion or misunderstanding as to affiliation,
connection, association, or certification by another; (c.)
represented that agreement confers, involves rights,
remedies, or obligations which is does not have or which is
prohibited by law; (d.) failed to disclose information
concerning services which was known at the time of
transaction which if Plaintiff had known, would not have
entered had the information been disclosed to Plaintiff; all
in violation of Texas Business and Commerce Code Chapter 17;
Subchapter E, section 17.46
(b)(d)(2),(3),(4),(5),(7),(12),and (25).

## CONCLUSION

Plaintiff is informed and believes and thereon alleges
that at all relevant times each of the defendants was acting
within the scope and course of his or her agency and employment.
Plaintiff is informed and believes and thereon alleges that he
entered into an agreement with Defendant J B Black who
represented to Plaintiff that he was a credit expert who

operated a licensed and bonded Credit Service Organization and for a fee would be able to provide credit repair services for Plaintiff. Defendant J B Black represented that he would also provide litigation services via District Court on my behalf.

These representations were false and Defendant J B Black knew the falsity of these statements at the time they were made. Plaintiff relied on the representations of defendant and would not have paid for services he would not receive. Also, Defendant J B Black willfully and negligently disclosed my personal data to Defendant Laurenzo of 1st Alliance Mortgage LLC/dba Alliance Funding LLC, who then fraudulently order my credit reports from Kroll Factual Data for a kick back from Defendant J B Black. Defendant Laurenzo of 1st Alliance Funding LLC, willfully and fraudulently produced loan documents in an effort to justify ordering Plaintiff's credit report from Kroll Factual Data in complete violation of Fair Credit Reporting Act.

Plaintiff believes the actions by both Defendant J B Black and Laurenzo to be malicious, fraudulent and oppressive justifying an award of punitive damages so that defendant and each of them will not engage in such conduct in the future and make and example of them.

WHEREFORE PLAINTIFF PRAYS judgment against defendants, injunctive relief against J B Black and Laurenzo in accordance with Texas Finance Code, Texas Business and Commerce, Fair Credit Reporting Act and any and all relevant laws to include referral of case to District Attorney for prosecution, punitive damages according to proof, all cost incurred herein, all costs for breach of contract and the value of its performance, attorney fees, costs and further relief as the court deems just and proper.

December 14, 2009

David L. James
Plaintiff

## CLEINT AUTHORIZATION FORM

1. I/We authorize you, the client to provide to John L. Loomis & Associates P.C., Inc Information including, but not limited to: social security number, employment, income, assets, divorce/separation agreements, credit history documents including bankruptcy and/or foreclosure documentation as deemed necessary.

2. I/We hereby authorize John L. Loomis & Associates P.C., Inc. to act on the Clients' Behalf to obtain and verify such information listed above. Furthermore, I/We authorize John L. Loomis & Associates P.C., Inc., to pull and re-pull credit as deemed necessary to satisfy our obligation I/We authorize John L. Loomis & Associates P.C., Inc. to repair and work on improving credit report as requested. I/We understand that, as with any loan application there is a possibility of credit scores either demonstrating an improvement or a decrease in score. I/We understand that both John L. Loomis & Associates P.C., Inc. are acting on good faith to improve credit scores a on your behalf, and hence will not hold either party liable if such incident may occur in the repair process. You the client herby allow John L. Loomis & Associates to file a federal lawsuit on your behalf to be deemed necessary to repair your credit.

3. A copy of this authorization may be accepted as an original.

_David James_  8-13-09
Clients Signature        Date

DAVID JAmes
Clients Name

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
Social Security #

6785 mundowcrest Dr, Arlington Tx. 76002
Address

08-08-1967
Date of Birth





# Kroll Factual Data    BUREAU EXPRESS    Residential Merged Credit Report

**KROLL FACTUAL DATA, 5200 HAHNS PEAK DRIVE LOVELAND, CO 80538 (800)324-5005**

| 1ST ALLIANCE MORTGAGE, LLC - LAURENZO | Client Tracking | Requested by | Report ID |
|---|---|---|---|
| 2000 NORTH LOOP WEST STE 133 | lee,JD | llaurenzo | A4406BX00137974 |
| HOUSTON, TX 77018 | Client Code | BX Date requested | Charges |
| (713)626-5700 (713)626-5715 | 4406-HU1904 | 08/13/2009 15:06:06 | 19.97 |

## Identification (as requested)

| Applicant's last name | First name | Middle | Suffix | DOB | Social Security |
|---|---|---|---|---|---|
| Lee | James | David | | 08/08/1967 | 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 |

## Residence Information (as requested)

| Present | 6735 Meadowcroft | Arlington | TX | 76002 | Telephone |
|---|---|---|---|---|---|

## File Variations

| Equifax | BQ1 | 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 | JAMES, DAVID | | 08/08/1967 | 08/13/09 15:06 |
| Experian | BX1 | 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 | LEE, JAMES DAVID | | | 08/13/09 15:06 |
| Trans Union | BU1 | 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 | JAMES, DAVID LEE SR | | 08/08/1967 | 08/13/09 15:06 |

## Credit Score Information

| Repository | Brand | Type | 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 | JAMES, DAVID | BQ1 |
|---|---|---|---|---|---|
| Equifax | BEACON 5 | FICO | | | |

**586**
- 38 - Serious delinquency, and derogatory public record or collection filed
- 18 - Number of accounts with delinquency
- 20 - Length of time since derogatory public record or collection is too short
- 10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts

FACTA: Inquiries impacted this score.

| Repository | Brand | Type | 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 | LEE, JAMES DAVID | BX1 |
|---|---|---|---|---|---|
| Experian | Fair Isaac V2 | FICO | | | |

**569**
- 38 - Serious delinquency and public record or collection
- 18 - Number of accounts with delinquency
- 10 - Ratio of balance to limit on bank revolving or other rev accts too high
- 20 - Time since derogatory public record or collection is too short

FACTA: TOO MANY INQUIRIES LAST 12 MONTHS

| Repository | Brand | Type | 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 | JAMES, DAVID LEE SR | BU1 |
|---|---|---|---|---|---|
| TransUnion | Classic 04 | FICO | | | |

**569**
- 038 - Serious delinquency, and public record or collection filed
- 013 - Time since delinquency is too recent or unknown
- 010 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
- 020 - Length of time since derogatory public record or collection is too short

FACTA: Inquiries impacted the credit score.

## Public Records

| Tax Lien | BQ1 | Federal Tax lien | Docket # D206093715 | Amount $23875 | Status Released |
| | | Court type | Filed 10/01/2003 | | Status date 04/09 |

| Tax Lien | BU1 | Tax Lien | Docket # D203376606 | Amount $23875 | Status Released |
| | | Court type County Clerk | Filed 10/08/2003 | | Status date 04/09 |
| | Attorney: B17278P266 Plaintiff: INTERNAL REVENUE SERVICE | | Comments | | |

| Tax Lien | BU1 | Tax Lien | Docket # F203000505 | Amount $23875 | Status Released |
| | | Court type County Clerk | Filed 10/09/2003 | | Status date 04/09 |
| | Plaintiff: INTERNAL REVENUE SERVICE | | Comments | | |

Page 2 of 8

## Inquiry Information

| | |
|---|---|
| 08/10/2009 CBDELMARVA (BQ1) | 07/29/2009 NOWCOM/SUPER IMPORTS (BX1) |
| 08/08/2009 CBDELMARVA (BQ1) | 08/08/2009 CREDIT PLUS (BX1) |
| 07/28/2009 TROPHY NIS (BQ1) | 08/13/2009 FDC (BU1) |
| 07/23/2009 DISH NETWK (BQ1) | 08/10/2009 CBD (BU1) |
| 07/20/2009 TW CABLE (BQ1) | 07/28/2009 TROPHY NISSA (BU1) |
| 07/16/2009 CONN CREDI (BQ1) | 07/16/2009 CAL'LP (BU1) |
| 08/09/2009 STERLING (BQ1) | 05/08/2009 CBD (BU1) |
| 08/10/2009 CREDIT PLUS (BX1) | |

## Credit History

| | Opened / Last active | Reported | High balance / High limit | Reviewed | 30 | 60 | 90+ | | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CITIFINANCIAL** 6074302837165738 | 07/07 / 07/09 | 07/09 / BX1 BU1 BO1 [Ind] | 8,521 / — | 25 mos | 0 | 0 | 0 | Install (I1) Unsecured | -0- | 122X $126 | 7,964 |
| | Unsecured | | | | | | | | | | |
| **PORTFOLIO RECVRY AFFIL** CAPIT78052165363892 | 04/09 / 08/09 | 08/09 / *BX1 *BU1 *BQ1 [Ind] | 1,496 / — | — | 0 | 0 | 0 | Install (I9) Unknown | 1,505 | Collection 08/09 | 1,505 |
| | Capital One National Associati; Dispute resolved - consumer disagrees; CAPITAL ONE NATIONAL ASSOCIATI; Dispute resolved - customer disagrees; Consumer disputes after resolution; Closed 08/09 | | | | | | | | | | |
| **APPLIED BANK** 422709379737 | 12/01 / 06/03 | 12/06 / *BX1 [Ind] | — / 350 | — | 2 | 2 | 3 | Revolv (R9) Credit card | 1,087 | Profit & loss | 1,087 |
| | Closed 12/06 | | | | | | | | | | |
| **FST PREMIER** 5178007613344936 | 10/06 / 03/08 | 07/09 / *BX1 *BU1 [Ind] | 540 / Unknown | — | 2 05/08 01/08 | 2 06/08 02/08 | 1 07/08 | Revolv (R9) Credit card | 540 | Profit & loss | 540 |
| | Profit and loss writeoff; Closed 06/09 | | | | | | | | | | |
| **AT T** 27611475 | 02/09 / 02/09 | 05/09 / *BQ1 [Ind] | — / 212 | — | 0 | 0 | 0 | Install (I9) Unknown | 212 | Collection | 212 |
| | Unpaid; Consumer disputed this account information; Closed 05/09 | | | | | | | | | | |
| **CONNS CREDIT CORP** 366190130 | 07/09 / 07/09 | 07/09 / BX1 BU1 BO1 [Ind] | 156 / — | 1 mos | 0 | 0 | 0 | Install (I1) Secured | -0- | 012X $13 | 156 |
| **AMERICAN GENERAL FINAN** 3032163021497695 | 03/03 / 10/05 | 02/05 / *BX1 [Joint] | 6,803 / — | 24 mos | 0 | 1 06/04 | 3 07/04 120 days + 02/03 08/04 | Install (I5) Auto | 036X $ — | — |
| | Paid; Closed 02/05 | | | | | | | | | | |
| **AMERICAN GENERAL FINAN** | 11/02 / 03/03 | 03/03 / BX1 BU1 [Joint] | 3,329 / — | 6 mos | 0 | 0 | 0 | Install (I1) Household goods | -0- | 036X $ — | -0- |

| 1102159304020 3859 | Account closed 03/03; Refinanced | | | | | | | | | | | |

| AMERICAN GENERAL FINAN. 4031593041272787 | Opened 04/03 | Reported 04/09 | High balance 28,087 | Reviewed 73 mos | 30 1 | 60 1 | 90+ 4 | | | Pastdue -0- | Payment 180X $ — | Balance — |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 04/08 | *BX1 [Joint] | High limit — | Install (I) Secured | | | | | | | | |
| | Paid; Closed 04/09 | | | | | | | | | | | |

| CAP ONE 517805216536 | Opened 03/02 | Reported 05/09 | High balance 705 | Reviewed | 30 1 | 60 1 | 90+ 2 | | | Pastdue -0- | Payment Collection 04/09 | Balance — |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 05/04 | *BX1 *BU1 [Ind] | High limit 325 | Revolv (R9) Credit card | | | | | | | | |
| | Account transferred or sold; Account transferred or sold; Purchased by another lender; Closed 04/09 | | | | | | | | | | | |

| CITIMORTGE 771487213 | Opened 12/06 | Reported 07/09 | High balance 99,750 | Reviewed — | 30 1 08/07 | 60 1 09/07 | 90+ 2 10/07 08/07 120 days + 07/09 01/08 12/07 11/07 | | | Pastdue -0- | Payment Foreclosure Paid | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 08/07 | *BX1 *BU1 *BQ1 [Ind] | High limit — | Install (5) Mortgage (CNV) | | | | | | | | |
| | Foreclosure; Consumer disputes; Closed 04/08 | | | | | | | | | | | |

| COLNIAL-ML 448961 | Opened 06/03 | Reported 05/09 | High balance 183,555 | Reviewed 16 mos | 30 1 02/04 | 60 1 03/04 | 90+ 4 04/04 120 days + 07/04 06/04 05/04 | | | Pastdue -0- | Payment Paid | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 02/04 | *BX1 *BU1 *BQ1 [Joint] | High limit — | Install (5) Mortgage (FHA) | | | | | | | | |
| | Dispute resolved – consumer disagrees; Paid; Dispute resolved-customer-disagrees; Consumer disputes after resolution; Account paid; Closed 09/04 | | | | | | | | | | | |

| COLNIAL-ML 197202 | Opened 08/97 | Reported 05/09 | High balance 192,100 | Reviewed 61 mos | 30 1 01/03 | 60 0 | 90+ 0 | | | Pastdue -0- | Payment 360X $ — | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 03/03 | *BX1 *BQ1 [Joint] | High limit — | Install (I) Mortgage | | | | | | | | |
| | Dispute resolved – consumer disagrees; Refinanced; Consumer disputes after resolution; Account paid; Closed 05/03 | | | | | | | | | | | |

| CREDIT UNION OF TEXAS 543069072294 | Opened 03/96 | Reported 04/02 | High balance — | Reviewed 74 mos | 30 0 | 60 0 | 90+ 0 | | | Pastdue -0- | Payment Paid | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 04/02 | BX1 [Ind] | High limit 2,700 | Revolv (R) Credit card | | | | | | | | |
| | Account closed by credit grantor 04/02 | | | | | | | | | | | |

| FIRST NATIONAL BANK 9546774 | Opened 06/06 | Reported 01/07 | High balance 1,501 | Reviewed 8 mos | 30 0 | 60 0 | 90+ 0 | | | Pastdue -0- | Payment Paid | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 01/07 | BX1 *BU1 BQ1 [Ind] | High limit — | Install (R1) Unknown | | | | | | | | |
| | Account closed 01/07; Closed; Account paid; Deposit related | | | | | | | | | | | |

| JAREDS JEWELERS 3108707207 | Opened 06/09 | Reported 07/09 | High balance — | Reviewed 2 mos | 30 0 | 60 0 | 90+ 0 | | | Pastdue -0- | Payment Paid | Balance -0- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last active 07/09 | *BX1 BU1 RO1 [Ind] | High limit 500 | Revolv (R1) Charge | | | | | | | | |

Page 4 of 8

| | Opened | Reported | High balance | Reviewed | 30 | 60 | 90+ | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| JUSTICE FINANCE COMPAN 82190 | 12/07 / Last active 04/08 | 05/08 / BX1 [Ind] | 234 / High limit — | 4 mos | 0 | 0 | 0 | -0- | Paid | -0- |
| | Account closed 05/08 | | | Install (I) Installment loan | | | | | | |
| NEW CENTURY MORTGAGE C 1011382513 | 12/06 / Last active 03/07 | 04/07 / BX1 BU1 *BQ1 [Ind] | 99,750 / High limit — | 5 mos | 0 | 0 | 0 | -0- | 600X $ — | |
| | Account transferred or sold; Account transferred or sold; Transferred to another lender; Closed 04/07 | | | Mortgage (CNV) Install (I1) | | | | | | |
| OFFICE OF THE ATTY GEN 545359481 | 07/05 / Last active 06/09 | 07/09 / *BX1 *BU1 *BQ1 [Ind] | — / High limit — | 51 mos | 1 | 0 | 0 | -0- | Paid | -0- |
| | Dispute resolution pending; Consumer disputes | | | Install (I1) Support | | | | | | |
| TIDE FINANCE 3447148405 | 09/02 / Last active 07/09 | 07/09 / BU1 *BQ1 [Cosigner] | 2,995 / High limit Unknown | — | — | — | — | -0- | Profit & loss Paid | -0- |
| | Closed 08/04 | | | Revolv (R) Charge | | | | | | |

| TOTALS | High credit | High balance | | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|
| | 4,087 | 480,122 | | 3,344 | 139 | 11,464 |

### Creditor Information

CAP ONE
PO BOX 85520, RICHMOND, VA 23285
CITIFINANCIAL (800)922-6235
PO BOX 499, HANOVER, MD 21076
CITIMORTGE (800)283-7918
PO BOX 9438, GAITHERSBURG, MD 20898
COLNIAL-ML (817)390-2366
2600 WEST FWY, FORT WORTH, TX 76102
CONNS CREDIT CORP (409)832-1896
3295 COLLEGE ST, BEAUMONT, TX 77701
CREDIT PLUS (410)742-0551
31550 WINTERPLACE PKWY, SALISBURY, MD 21804
CREDIT UNION OF TEXAS (972)669-9166
PO BOX 515169, DALLAS, TX 75251
FIRST NATIONAL BANK (254)634-2161
PO BOX 937, KILLEEN, TX 76540

FST PREMIER (605)357-3440
601 S MINNESOTA AVE, SIOUX FALLS, SD 57104
JAREDS JEWELERS
375 GHENT RD, AKRON, OH 44333
JUSTICE FINANCE COMPAN
PO BOX 3970, DALLAS, TX 75208
NEW CENTURY MORTGAGE C (949)440-7030
18400 VON KARMAN AVE STE, IRVINE, CA 92612
NOWCOM/SUPER IMPORTS (817)861-2520
1102 W DIVISION ST, ARLINGTON, TX 76012
OFFICE OF THE ATTY GEN
PO BOX 12017, AUSTIN, TX 78711
PORTFOLIO RECVRY AFFIL (800)772-1413
120 CORPORATE BLVD STE 1, NORFOLK, VA 23502

### TruAlert - Applicant

| SocialID | | |
|---|---|---|
| SSN Validation | Deceased Flag | Potential DOB found |
| SSN 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 was issued 1974 - 1974 in Louisiana | SSN 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 has not been reported as deceased | DOB not found |
| Recent Change of Address found | FKA / AKA Records found | |
| No information found. | None found. | |
| SSN | Name | Address |
| 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 | JAMES LAR | 1605 BARCLAY DR, ARLINGTON, TX 76018 |

### OFAC Compliance
Applicant input name checked. No similar records found in OFAC's SDN list.

### File Variations
File Variations checked. No similar records found in OFAC's SDN list.

**AKA Records**

AKA records checked. No similar records found in OFAC's SDN list.

The TruAlert products (RiskID and SocialID) cannot be used as factors in establishing a customer's eligibility for credit, residence, or employment.

**AKA**

AKA: JAMES, DAVID
Similar Name: DAVID, JAMES
BX1
AKA: DAVID, JAMES
AKA: DAVID, DAVID, LEE
BU1

**Comments**

TransUnion Alert: Surname mismatch alert: The input surname does not match the file surname.
BU1

**Fraud Search**

TransUnion High Risk Fraud Alert was completed on applicant by searching applicant's name, social security number and address. No fraudulent activity was found.
BU1

| Database Residence Information | | | | First | Last | |
|---|---|---|---|---|---|---|
| 6735 MEADOWCREST DR | ARLINGTON | TX | 76002 | 07/09 | 08/09 | BQ1 BX1 BU1 |
| 121 FORT EDWARD DR | ARLINGTON | TX | 760024493 | 06/05 | 06/08 | BX1 BU1 |
| 311 S INDUSTRIAL BLVD APT 101 | EULESS | TX | 760404231 | 05/91 | 06/07 | BX1 |
| 2100 S GREAT SW THE SIZZLIN STYLE PY | GRAND PRAIRIE | TX | 75051 | — | — | BU1 |

| Database Employment Information | | | First | Last | |
|---|---|---|---|---|---|
| 121 FORT EDWARD | | | — | — | BQ1 |
| | TECCOR | | — | — | BQ1 |
| TX SEMICONDUCTORS | | | — | — | BQ1 |
| LEAR CORP | | | — | — | BU1 |
| SELF | | | — | — | BU1 |

**Summary Information**

| | | | | | |
|---|---|---|---|---|---|
| General summations | 03/96 Oldest tradeline date | | Payment summaries | 0 | Open revolving payments |
| | 3 Public records | | | 130 | Open installment payments |
| | 15 Number of inquiries 90 days | | | 130 | Total open payments |
| Late payments | 6 Payments 30 to 59 days late | | Balance owed | 0 | Balance monthly owed |
| | 3 Payments 60 to 89 days late | | | 1,627 | Revolving balance owed |
| | 11 Payments 90 to 119 days late | | | 9,837 | Installment balance owed |
| | 5 Payments 120 and over days late | | | 11,464 | Total balance owed |
| Trades numbers | 1 Number of open revolving trades | | Amount past due | 1,627 | Revolving amount past due |
| | 3 Number of open installment trades | | | 1,717 | Installment amount past due |
| | 0 Number of balance monthly trades | | | 0 | Balance monthly amount past due |
| | 4 Total number of trades | | | 3,344 | Total amount past due |
| Adverse trade lines | 3 Number of collection trade lines | | High credit /balance | 3,675 | Revolving credit limit |
| | 0 Number of bankruptcy trade lines | | | 4,240 | Revolving high balance |
| | 1 Number of foreclosed trade lines | | | 458,004 | Installment high balance |
| | 3 Number of profit and loss trade lines | | | 0 | Balance monthly high balance |
| | 0 Number of repossession trade lines | | | | |
| | 12 Number of adverse trade lines | | | | |
| | 20 Total number of trade lines | | | | |

**Information Sources**

This report includes information retrieved from the following repository(ies):

### Notice To Home Loan Applicant

**1ST ALLIANCE MORTGAGE, LLC - LAURENZO**
**2000 NORTH LOOP WEST STE 133**
**HOUSTON, TX 77018**
**(713)626-5700**

Score Date: 08/13/2009
Report ID: A4406BX00137074

James David Lee
6735 Meadowcroft
Arlington, TX 76002

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

For your convenience we have provided the addresses for the three national repositories as well as the credit score developer.

| Experian | TransUnion | Equifax | Fair Isaac |
|---|---|---|---|
| PO Box 2002 | PO Box 1000 | PO Box 740241 | 200 Smith Ranch Road |
| Allen, TX 75013 | Chester, PA 19022 | Atlanta, GA 30374 | San Rafael, CA 94903 |
| (888) 397-3742 | (800) 916-8800 | (800) 685-1111 | (800)777-2066 |
| www.experian.com | www.transunion.com | www.equifax.com | www.myfico.com |

*The information and credit scoring model may be different than the credit score that may be used by the lender.

**Information regarding your credit score is below:**

| Credit Score Information | | | | | |
|---|---|---|---|---|---|
| | Repository Equifax | Brand BEACON 5 | FICO Range 300-850 | XXX-XX-7294 | JAMES, DAVID |
| 586 | 38 - Serious delinquency, and derogatory public record or collection filed 18 - Number of accounts with delinquency 20 - Length of time since derogatory public record or collection is too short 10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts | | | | |
| | FACTA: Inquiries impacted this score. | | | | |
| | Repository TransUnion | Brand Classic 04 | FICO Range 336-843 | XXX-XX-7294 | JAMES, DAVID LEE SR |
| 569 | 038 - Serious delinquency, and public record or collection filed 013 - Time since delinquency is too recent or unknown 010 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts 020 - Length of time since derogatory public record or collection is too short | | | | |
| | FACTA: Inquiries impacted the credit score. | | | | |
| | Repository Experian | Brand Fair Isaac V2 | FICO Range 300-850 | XXX-XX-7294 | LEE, JAMES DAVID |

| 569. | 38 - Serious delinquency and public record or collection |
|      | 18 - Number of accounts with delinquency |
|      | 10 - Ratio of balance to limit on bank revolving or other rev accts too high |
|      | 20 - Time since derogatory public record or collection is too short |
|      | FACTA: TOO MANY INQUIRIES LAST 12 MONTHS |

**Department of Energy, Labor & Economic Growth**

**Michigan.gov**
The Official State of Michigan Website 

Michigan.gov Home     DELEG | Sitemap | Contact | Online Services | Agencies     Search ⊗

## CORPORATE ENTITY DETAILS

**Searched for:** JOHN L. LOOMIS & ASSOCIATES P.C.

**ID Num:** 130397

**Entity Name:** JOHN L. LOOMIS & ASSOCIATES P.C.

**Type of Entity:** Domestic Professional Service Corporation

**Resident Agent:** JOHN L. LOOMIS

**Registered Office Address:** 900 WILSHIRE DR STE 202 TROY MI 48084

**Mailing Address:**

**Formed Under Act Number(s):** 192-1962    327-1931

**Incorporation/Qualification Date:** 8-5-1969

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 50,000

**Year of Most Recent Annual Report:** 08

**Year of Most Recent Annual Report With Officers & Directors:** 08

**Status:** ACTIVE   **Date:** Present

---

**View Document Images**

---

Return to Search Results          New Search

Michigan.gov Home | DELEG | Contact | State Web Sites | Site Map
Privacy Policy | Link Policy | Accessibility Policy | Security Policy
Copyright © 2001-2008 State of Michigan



● Window on State Government        **Susan Combs** Texas Comptroller of Public Accounts



<u>Taxable Entity Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certificate from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Entity Information: | **1ST ALLIANCE MORTGAGE LLC**<br>**DBA ALLIANCE FUNDING LLC**<br>2000 NORTH LOOP W STE 133<br>HOUSTON, TX 77018-8165 |
| Status: | **IN GOOD STANDING NOT FOR**<br>**DISSOLUTION OR WITHDRAWAL**<br>**through November 16, 2009** |
| Registered Agent: | JILL GALLAGHER<br>2000 NORTH LOOP WEST, STE 133<br>HOUSTON, TX 77018 |
| Registered Agent Resignation Date: | |
| State of Formation: | DE |
| File Number: | 0800308982 |
| SOS Registration Date: | February 25, 2004 |
| Taxpayer Number: | 13000380736 |

Texas Online │ Statewide Search from the Texas State Library │ State Link Policy │ Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy │ Accessibility Policy │ Link Policy │ Public Information Act │ Compact with Texans

 Window on State Government          **Susan Combs** Texas Comptroller of Public Accounts

Taxable Entity Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certificate from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|

Entity Information:

**KROLL FACTUAL DATA, INC**
5200 HAHNS PEAK DR STE 200
LOVELAND, CO 80538-8853

Status:

**IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 16, 2009**

Registered Agent:

CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO
701 BRAZOS STREET, SUITE 1050
AUSTIN, TX 78701

Registered Agent Resignation Date:

State of Formation:          CO

File Number:                 0012873106

SOS Registration Date:       September 28, 1999

Taxpayer Number:             18414499113

---

Texas Online  |  Statewide Search from the Texas State Library  |  State Link Policy  |  Texas Homeland Security

**Susan Combs**, Texas Comptroller  •  Window on State Government  •  Contact Us
Privacy and Security Policy  |  Accessibility Policy  |  Link Policy  |  Public Information Act  |  Compact



CTJ ORIGINAL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

RECEIVED
U.S. DISTRICT COURT
FT WORTH DIVISION

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David Lee James

**DEFENDANTS** J B Black aKA James Black/James B Black Individually, John L. Lor 2009 Does 8-10 All The Laurenzo, Individually, 1st Alliance Mortgage LLC DBA Alliance Funding LLC, Jill Gellagher, Krall Factual Data Corp INC and Does 1-10

**(b)** County of Residence of First Listed Plaintiff   Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Harrisour
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)   4-09 CV-776-Y

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☒ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Fair Credit Reporting Act Texas Finance Code & Texas Business and commerce code complaint

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE   Magistrate   DOCKET NUMBER   3-09-CV-1661-K

DATE   12-30-2009

SIGNATURE OF ATTORNEY OF RECORD   David Lee James

**FOR OFFICE USE ONLY**

RECEIPT #  10243   AMOUNT  $350   APPLYING IFP   JUDGE   MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.     Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                                                                Brief Description: Unauthorized reception of cable service

**VII.     Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.     Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.